## CREDITOR MATRIX

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP
4004 BELT LINE ROAD SUITE 100
ADDISON TX  75001

CANYON GATE AT NORTHPOINTE OWNERS ASSOC
C/O SARAH BETH GERDES
6548 GREATWOOD PARKWAY
SUGAR LAND TX  77479

LEPP CAPITAL LLC
C/O JOHN V BURGER
4151 SOUTHWEST FREEWAY SUITE 680
HOUSTON TX  77027

PCF PROPERTIES IN TX LLC
C/O JOHN V BURGER
4151 SOUTHWEST FREEWAY SUITE 680
HOUSTON TX  77027

PCF PROPERTY MANAGEMENT LLC
C/O JOHN V BURGER
4151 SOUTHWEST FREEWAY SUITE 680
HOUSTON TX  77027

United States Courts
Southern District of Texas
FILED

OCT 31 2023

Nathan Ochsner, Clerk of Court

PAGE 1 OF 1