RP-2022-422554
08/18/2022 ER $34.00

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

11939 CANYON VALLEY DRIVE
TOMBALL, TX 77377
00000007686744

## SUBSTITUTE TRUSTEE'S DEED

GRANTOR(S):
ANTWAN HENRY

ORIGINAL MORTGAGEE:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE

CURRENT MORTGAGEE:
THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-5
MORTGAGE SERVICER:
CARRINGTON MORTGAGE SERVICES, LLC

RECORDED IN:
CLERK'S FILE NO. Y586796; AS AFFECTED BY LOAN MODIFICATION AGREEMENT CLERK'S FILE NO. 20150424703
PROPERTY COUNTY/LEGAL DESCRIPTION: HARRIS

DEED OF TRUST DATE: June 27, 2005
DATE OF SALE OF PROPERTY: August 2, 2022

TIME OF SALE: _10:18_ AM/~~PM~~

PLACE OF SALE OF PROPERTY:
BAYOU CITY EVENT CENTER, 9401 KNIGHT RD, HOUSTON TX IN THE LARGE BALLROOM IN THE DESIGNATED AREA OUTLINED IN THE COMMISSIONERS COURT ORDER

GRANTEE/BUYER:
LEPP CAPITAL LLC & P.C.F PROPERTIES IN TX, LLC

GRANTEE/BUYER'S MAILING ADDRESS:
3431 RAYFORD RD #573
SPRING, TX 77386

AMOUNT OF SALE: $298,000.00

LOT ONE (1), IN BLOCK TWO (2), OF CANYON GATE AT NORTHPOINTE, SECTION TWO (2), AN ADDITION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 404083 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee of the Note, through the Mortgage Servicer, accordingly has appointed Substitute Trustee and requested Substitute Trustee to enforce the trust.

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. Substitute Trustee sold the property to Buyer, who was the highest bidder at the public auction, for amount of sale in the manner prescribed by law. The Subject sale was conducted no earlier than 10:00 AM as set forth in the Notice of Substitute Trustee's Sale and was concluded within three (3) hours of such time. All matters, duties and obligations of Mortgagee were lawfully performed.

Substitute Trustee, subject to any matters of record, and for amount of sale paid by buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor. Substitute Trustee hereby sells the above referenced property AS IS without any expressed or implied warranties, except as to warranties of title, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §§ 51.002 and 51.009.

WITNESS MY HAND, this _8-12-22_.

REX KESLER
Substitute Trustee

STATE OF TEXAS
COUNTY OF _Harris_

Before me, the undersigned Notary Public, on this day personally appeared REX KESLER as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification described as _____, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _8-12-22_.

My Commission Expires:

MYHANH T. NGUYEN
Notary Public, State of Texas
Comm. Expires 01-05-2025
Notary ID 8812225

Notary Public for the State of TEXAS

Printed Name of Notary Public

RETURN TO:
Barrett Daffin Frappier
Turner & Engel, LLP
4004 Belt Line Road, Suite 100
Addison, Texas 75001

STD00000007686744

Substitute Trustee's Deed by File (Conventional)
LitSubTrusteeDeed3rdParty rpt - (02/06/2019) / Ver-11



## STATEMENT OF FACTS

11939 CANYON VALLEY DRIVE  
TOMBALL, TX  77377

BDFTE No: 00000007686744

BEFORE ME, the undersigned authority on this day personally appeared ___Melissa McQuillen_____, known to me, who upon oath administered by me deposed and stated:

1. I am a representative of the law firm BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP in connection with the administration of foreclosure of that certain Deed of Trust or Security Instrument ("Deed of Trust") dated June 27, 2005, recorded in CLERK'S FILE NO. Y586796; AS AFFECTED BY LOAN MODIFICATION AGREEMENT CLERK'S FILE NO. 20150424703, Real Property Records, HARRIS County, TEXAS, executed by ANTWAN HENRY ("Grantor").

2. I am making this affidavit based upon certain records maintained within the firm's files in the regular course of its business, which may include images of notices, certified mail forms, the signed Substitute Trustee's Deed, title searches, and other documents and records obtained and maintained in the usual course of business. Together with my general knowledge of mortgage servicer practices for referring foreclosure matters to the firm, the statements and information shown in these records form the basis for the following statements made in this affidavit, which to the best of my knowledge and belief are true.

3. CARRINGTON MORTGAGE SERVICES, LLC is the Mortgage Servicer for the Lender or its Nominee concerning the debt evidenced by the Deed of Trust.

4. The Mortgagee, through the Mortgage Servicer declared that the Grantor defaulted in performing the obligations of the Deed of Trust and lawfully performed service of a proper notice of default and other obligations and duties of the Mortgage Servicer.

5. All notices of acceleration were served on each debtor obligated on the debt according to records obtained from the Mortgage Servicer by certified mail at the last known address of each such debtor in accordance with law. Based upon these records, each mortgagor was alive at the time of the foreclosure sale or if deceased, title was restored to the debt owner through a court judgment, or an underwriter's approval letter obtained, or the statute of limitations to file a probate action has passed and no probate action was filed.

6. At the instructions and on behalf of the Mortgage Servicer, Notices stating the time, place and terms of sale of the property were mailed, posted and filed in accordance with law. Notices were served on each debtor obligated on the debt according to records obtained from the Mortgage Servicer by certified mail at the last known address of each such debtor at least twenty one (21) days before the date of the sale.

7. Through my work at the firm, I know that the firm follows a regular process in foreclosure matters to ascertain a Grantor's military service status for purposes of the Federal Service Member's Civil Relief Act and state law. I am familiar with this regular process, which involves submitting Grantors' names and identifying information obtained from the Mortgage Servicer or commercially available records searches to the Federal Defense Manpower Data Center ("DMDC") through that agency's official internet search site (the "DMDC" Site). Based upon my review of search returns obtained and maintained in the firm's files and loan records provided by the Mortage Servicer, no Grantor is reported as on active duty military service or is reported as having concluded active duty military service within the preceding year or qualifies for foreclosure protection under the Federal Service Member's Civil Relief Act and state law.



Name: Melissa McQuillen  
Date: AUG 1 2 2022

STATE OF   TEXAS   }  
COUNTY OF  DALLAS  }

Given under my hand and seal of office this  12  day of  August  , 2022 .

Notary Seal:



Notary Public for the State of Texas

JILL WISE  
ID # 132700362  
Notary Public, State of Texas  
My Commission Expires  
09/29/2024

AFFIDAVIT - 51  
RETURN TO:  
BARRETT DAFFIN FRAPPIER  
TURNER & ENGEL, LLP  
4004 Belt Line Road, Suite 100  
Addison, Texas 75001

STA00000007686744

11939 CANYON VALLEY DRIVE
TOMBALL, TX  77377

00000007686744

## NOTICE OF [SUBSTITUTE] TRUSTEE'S SALE

<u>Assert and protect your rights as a member of the armed forces of the United States.  If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately</u>.

1. **Date, Time, and Place of Sale.**

   Date:     August 02, 2022
   Time:    The sale will begin at 10:00 AM or not later than three hours after that time.
   Place:   BAYOU CITY EVENT CENTER PAVILION, 9401 KNIGHT RD, HOUSTON TX IN THE DESIGNATED AREA OUTLINED IN THE COMMISSIONERS COURT ORDER or as designated by the county commissioners.

2. **Terms of Sale**.  Cash.

3. **Instrument to be Foreclosed.**  The Instrument to be foreclosed is the Deed of Trust or Contract Lien dated June 27, 2005 and recorded in Document CLERK'S FILE NO. Y586796; AS AFFECTED BY LOAN MODIFICATION AGREEMENT CLERK'S FILE NO. 20150424703 real property records of HARRIS County, Texas, with ANTWAN HENRY, grantor(s) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE, mortgagee.

4. **Obligations Secured**.  Deed of Trust or Contract Lien executed by ANTWAN HENRY, securing the payment of the indebtednesses in the original principal amount of $167,200.00, and obligations therein described including but not limited to the promissory note and all modifications, renewals and extensions of the promissory note.  THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-5 is the current mortgagee of the note and Deed of Trust or Contract Lien.

5. **Property to Be Sold**.  The property to be sold is described in the attached Exhibit A.

6. **Mortgage Servicer Information**.  The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property Code § 51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the lien securing the Property referenced above. CARRINGTON MORTGAGE SERVICES, LLC, as Mortgage Servicer, is representing the current mortgagee, whose address is:

c/o CARRINGTON MORTGAGE SERVICES, LLC
1600 SOUTH DOUGLASS ROAD
SUITE 200-A
ANAHEIM, CA  92806

RP-2022-422554


NTSS00000007686744

FCTX_NTSS rpt (11/17/2020)-S  Ver-03

Page 1 of 3



11939 CANYON VALLEY DRIVE
TOMBALL, TX  77377

00000007686744

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.**

The undersigned as attorney for the mortgagee or mortgage servicer does herby remove the original trustee and all successor substitute trustees and appoints in their steed M. SAMUEL DAFFIN II, BECKETT FRAPPIER, CINDY SANCHEZ, JEFF FLEMING, RYAN BOURGEOIS, NATHAN SANCHEZ, REX KESLER, OR THOMAS REDER whose address is c/o BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320 as Substitute Trustee, who shall hereafter exercise all powers and duties set aside to the said original trustee under the said Deed of Trust;  and, further does hereby request, authorize, and instruct said Substitute Trustee to conduct and direct the execution of remedies set aside to the beneficiary therein.

_Israel Saucedo_ (signature)

Israel Saucedo

### Certificate of Posting

My name is _____, and my address is c/o 4004 Belt Line Road, Suite 100, Addison, Texas 75001-4320.  I declare under penalty of perjury that on _____ I filed at the office of the HARRIS County Clerk and caused to be posted at the HARRIS County courthouse this notice of sale.

_____

Declarants Name:_____

Date:_____

RP-2022-422554

FCTX_NTSS.rpt (11/17/2020)-S  Ver-03

Page 2 of 3



11939 CANYON VALLEY DRIVE
TOMBALL, TX  77377

00000007686744

00000007686744

HARRIS

**EXHIBIT "A"**

LOT ONE (1), IN BLOCK TWO (2), OF CANYON GATE AT NORTHPOINTE, SECTION TWO (2), AN ADDITION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 404083 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

RP-2022-422554



FCTX_NTSS.rpt (11/17/2020)-S  Ver-03

Page 3 of 3



RP-2022-422554
# Pages 6
08/18/2022 12:58 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees   $34.00

**UNOFFICIAL COPY**

RP-2022-422554

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS