**APPENDIX D**
**TO THE LOCAL RULES OF THE SOUTHERN DISTRICT OF TEXAS**

**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: 23-34192-H3-13 | Name of Debtor: TERRI JENKINS |
| Adversary No: | Nature of Proceeding: |
| | Debtor's Emergency Verified Motion for Reconsideration of Order Granting Motion for Relief From Stay (DO #17) |
| Witnesses: | |
| Terri Jenkins | Judge: Eduardo Rodriguez |
| Antwan Henry (if applicable) | Courtroom Deputy: |
| Representative for Movant (if applicable) | Hearing Date:  01/03/24 |
| Any Cross Examination of Debtor's Witnesses | Hearing Time: 10:00 am |
| | Party's Name: Lepp Capital LLC  Et Al |
| | Attorney's Name: John V. Burger |
| | Attorney's Phone:   (713) 960-9696 |
| | Nature of Proceeding: Motion Relief Stay |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Substitute Trustee Deed | | | | |
| B | Eviction Judgment | | | | |
| C | Order Granting Motion for Summary Judgment | | | | |
| D | Pending Order CCCL #1-Harris County Cause No. 1209359 | | | | |
| E | Proof of Service Motion Relief Stay (DO #17) | | | | |
| F | Docket Sheets for Civil Case #44-22-cv-02080 and Chapter 13 Case No. 22-30506-H3-13 | | | | |
| G | Service of 362 motion | | | | |
| H | Email Debtor -advising of Order Denying Motion to Continue Motion for Relief | | | | |

| | | | | | |
|---|---|---|---|---|---|
| I | Email Debtor- Advising or Order Setting Hearing (DO #47) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.