United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34192 |
| **TERRI JENKINS,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 13** |

## ORDER

Pending before the Court is a single matter self-styled "Debtor's Renewed Emergency Verified Motion For Reconsideration Of [37] Order Granting [17] Motion For Relief From Stay" filed at ECF No. 55. Debtor has failed to appear at several hearings held electronically and telephonically. Just recently on January 3, 2024 at Debtor's request, the Court held a hearing in which she failed to appear. For reasons previously stated on the record this Emergency Motion is DENIED.

SIGNED January 5, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge