United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRI JENKINS, Debtor | § § § § § |
| ---------------------------------------------- | § CIVIL ACTION NO. H-24-0217 § |
| TERRI JENKINS Appellant | § § § |

## ORDER

This bankruptcy appeal was filed January 19, 2024. On February 7, 2024, a Notice of Deficiency (Doc. No. 4) was filed by the Clerk that the fee had not been paid, the record on appeal had not been designated, and giving Appellant fourteen (14) days within which to cure these deficiencies or the Court would dismiss the appeal without further notice. To date, Appellant has failed to cure these deficiencies. Accordingly, it is hereby

**ORDERED** that this bankruptcy appeal is **DISMISSED**.

SIGNED on this 30th day of September 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE