**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

In Re:   Terri Jenkins
**Debtor(s)**

Case No.: 23–34192

Chapter: 13

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Tiffany D Castro is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/2/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge